

U. S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT SHIPLEY | * | |
| VERSUS | * | DOCKET NO. 00-0442 |
| UNITED STATES OF AMERICA | * | SECTION: SECT. S MAG. 5 |

*********************************************************************

### MOTION & MEMORANDUM FOR RETURN OF SEIZED PROPERTY

Robert Shipley, petitioner, hereby moves this court to direct that certain property of which he is the owner, a schedule of which is annexed hereto, in which on the 19th day of May, 1994 at Moisant International Airport within the Eastern District of Louisiana, was unlawfully seized and taken from him by members of the Alcohol, Tobacco, & Firearms Division of the U.S. Government, whose true names are unknown to the petitioner, be returned to him on the following grounds:

1.

That said property was seized by agents of the U.S. Government claiming that such property belonged to one Tommy Ordes, whom the agent claimed was a convicted felon, and could not be in possession of such weapons.

2.

Notwithstanding the protest of Mr. Shipley, and the claim that said weapons were his, as well as, other witnesses available at the time, the Government agents seized such property.

3

That such seizure was without probable cause, and was in violation of Mr. Shipley's

DATE OF ENTRY FEB 18 2000,

constitutional rights under the Constitution of the United States, and his property rights under the laws and constitution of the State of Louisiana.

4.

Your mover is entitled to seek the return of such property under Article 41(e) of the Federal Rules of Criminal Procedure in that he is lawfully entitled to possession of said property.

5

No charges were ever brought against Mr. Ordes for the possession of such weapons, nor did the Government present any evidence at any forum indicating the ownership of Mr. Ordes, or disputing the ownership of Mr. Shipley, nor did the Government institute any type of forfeiture proceedings to seize said weapons.

6.

Notwithstanding correspondence and inquiries by attorneys for Robert Shipley to the U.S. Attorney's Office, the property was never returned.

WHEREFORE, your petitioner prays that an order issue herein requiring the U.S. Government, through the U.S. Attorney's Office, on a date and time designated by this Honorable Court why said weapons should not be returned to petitioner as the lawful owner.

Respectfully Submitted:

_____
WAYNE D. MANCUSO    (#9079)
2021 Hickory Avenue
Harahan, Louisiana 70123
Phone: (504) 738-9000

U. S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROBERT SHIPLEY                    *

VERSUS                            *         DOCKET NO:

UNITED STATES OF AMERICA          *         SECTION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SCHEDULE OF ITEMS SEIZED FROM ROBERT SHIPLEY

1   A 416 Weatherby Rifle with a 3 x 9 seiscope custom made for Mr. Shipley;

2.  A 416 Millian Rifle with a 3/4 x 5 zawarski scope custom made for Mr. Shipley;

3.  An aluminum double gun case;

4   Leather carrying straps for the gun case;

5.  A 6 in. Rambo hunting knife w/stag handle.

U. S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROBERT SHIPLEY            *

VERSUS                    *        DOCKET NO:

UNITED STATES OF AMERICA  *        SECTION:

*************************************************************************

### ORDER

CONSIDERING THE FOREGOING MOTION;

**IT IS HEREBY ORDERED** that the U.S. Attorney's Office show cause on the __1__ day of __March__, 2000 at __2__ o'clock __p__.m. why said property as specified should not be returned to petitioner as its lawful owner.

NEW ORLEANS, LOUISIANA this __14__ day of __February__, 2000

_____
JUDGE
U. S. DISTRICT COURT