

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT SHIPLEY                       CIVIL ACTION

VERSUS                               NO: 00-0442

UNITED STATES OF AMERICA             SECTION: "S" (5)


ORDER

IT IS HEREBY ORDERED that the rule to show cause set for March 1, 2000 at 10:00 a.m. be continued to March 15, 2000 at 1:30 p.m.

New Orleans, Louisiana, this 1st day of March, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY MAR 02 2000

Fee
Process
X Dktd
CtRmDep
Doc.No.