

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT SHIPLEY                           CIVIL ACTION

VERSUS                                   NO: 00-0442

UNITED STATES OF AMERICA                 SECTION: "S" (5)

O R D E R

**IT IS HEREBY ORDERED** that Robert Shipley's unopposed motion for the return of seized property is **GRANTED**. (Document #1.) The Government agrees that the property seized on May 19, 1994, at Moisant International Airport should be returned to Robert Shipley.

New Orleans, Louisiana, this 13 day of March, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 1 4 2000